IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LANI E. CLARK, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-198-LY |
| | § | |
| LOIS KOLKHORST, | § | |
|     DEFENDANT. | § | |

**FILED**
2021 JUN 28 PM 4: 29
WESTERN DISTRICT OF TEXAS

## ORDER SETTING BENCH TRIAL

**IT IS ORDERED** that that the above-styled and numbered cause is **SET** for bench trial on **Monday, July 26, 2021 at 9:00 A.M.** in Courtroom 7, on the Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas.

SIGNED this _28th_ day of June, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE