IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LANI E. CLARK, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:19-CV-198-LY |
| | § | |
| LOIS KOLKHORST, | § | |
|     DEFENDANT. | § | |

## ORDER

On July 26, 2021, the court conducted a bench trial in this case and now orders the following:

**IT IS ORDERED** that *pro se* Plaintiff Lani Clark may file proposed findings of fact and conclusions of law and additional briefing **on or before August 9, 2021**. Defendant Lois Kolkhorst may file supplemental proposed findings of fact and conclusions of law and additional briefing **on or before August 16, 2021**. Clark may file a response to Kolkorst's filings on or before **August 20, 2021**.

**IT IS FURTHER ORDERED** that that the above-styled and numbered cause is **SET** for oral argument on **September 7, 2021 at 2:00 p.m. Austin Texas time** in Courtroom 7, on the Seventh Floor of the United States Courthouse, 501 West 5th Street, Austin, Texas. Each side will have 20 minutes for oral argument; Clark may reserve part of her 20 minutes for rebuttal.

SIGNED this 27th day of July, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE