IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LANI E. CLARK, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| LOIS KOLKHORST, TEXAS STATE | § | CAUSE NO. 1:19-CV-198-LY |
| SENATOR, IN HER OFFICIAL | § | |
| CAPACITY, | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above-referenced cause of action. By Findings of Fact and Conclusions of Law rendered this day, the court concluded that Plaintiff Lani Clark did not prove that Defendant Lois Kolkhorst is liable to Clark under section 1983 of Title 42 of the United States Code for violations of her First and Fourteenth Amendment rights. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiff Lani Clark take nothing against Defendant Lois Kolkhorst.

**IT IS FURTHER ORDERED** that Defendant Lois Kolkhorst is awarded costs.

**IT IS FINALLY ORDERED** that this case is hereby **CLOSED**.

SIGNED this 7th day of December, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE