FILED
AUG 26 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LANI E. CLARK, § | |
| PLAINTIFF, § | |
| § | |
| V. § | |
| § | CAUSE NO. 1:19-CV-198-LY |
| LOIS KOLKHORST, TEXAS STATE § | |
| SENATOR, IN HER OFFICIAL § | |
| CAPACITY, § | |
| DEFENDANT. § | |

## ORDER ON REPORT AND RECOMMENDATION

Before the court in the above-referenced cause is Defendant Lois Kolkhorst's Bill of Costs filed December 21, 2021 (Doc. #92), which was referred to a United States Magistrate Judge for Report and Recommendation. *See* 28 U.S.C. § 636(b); FED. R. CIV. P. 72; Loc. R. W.D. Tex. App'x C, R. 1(d). The magistrate judge rendered a Report and Recommendation on July 27, 2022 (Doc. #93), recommending that the court grant the bill of costs and award $1,886.40 in costs to Kolkhorst.

A party may serve and file specific written objections to the proposed findings and recommendations of a magistrate judge within 14 days after being served with a copy of the report and recommendation and thereby secure *de novo* review by the district court. *See* 28 U.S.C. § 636(b); FED. R. CIV. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

Objections to the report and recommendation, if any, were due to be filed on August 10,

2022. To date, no objections have been filed. Having reviewed the report and recommendation along with the case file and applicable law, the court finds no plain error and accepts the report and recommendation for substantially the reasons stated therein. *See* FED. R. CIV. P. 72(b).

**IT IS ORDERED** that the United States Magistrate Judge's Report and Recommendation (Doc. #93) filed in this cause is **APPROVED** and **ACCEPTED** by the court.

**IT IS FURTHER ORDERED** that Defendant Lois Kolkhorst's Bill of Costs filed December 21, 2021 (Doc. #92) is **GRANTED**. The court awards Kolkhorst $1,886.40 in costs.

SIGNED this _26th_ day of August, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE